# United States Court of Appeals
## For The Eighth Circuit
Thomas F. Eagleton U.S. Courthouse
111 South 10th Street, Room 24.329
**St. Louis, Missouri 63102**

**Susan E. Bindler**
*Clerk of Court*

VOICE (314) 244-2400
FAX (314) 244-2780
www.ca8.uscourts.gov

February 26, 2026

Daveante Jones
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

      RE:  26-1345 Nukol Bailey, et al v. Care Above All Care, Inc., et al

Dear Counsel:

      The district court clerk has transmitted a notice of appeal and docket entries in this matter, and we have docketed them under the caption and case number shown above. Please include the caption and the case number on all correspondence or pleadings submitted to this court.

      Counsel in the case must supply the clerk with an Appearance Form. Counsel may download or fill out an Appearance Form on the "Forms" page on our web site at www.ca8.uscourts.gov.

      This court notes the docketing fee is pending. Please pay the $605 docket and filing fees to the district court clerk immediately. Failure to pay the fee will result in issuance of an order to show cause why the appeal should not be dismissed.

      The court has established a briefing schedule for the case, a copy of which will be forwarded under separate notice of docket activity. Please refer to the schedule and note the key filing dates. You should also review Federal Rules of Appellate Procedure 28 and 32, as well as Eighth Circuit Rules 28A and 32A.

      Within 14 days of today's date, counsel for appellant must: (1) file a verification that any transcripts needed for the appeal have been ordered and that satisfactory arrangements have been made for payment, and (2) file a notice of the method of appendix preparation selected for the case. Eighth Circuit Rule 30A contains detailed information on appendix preparation.

The court has directed the clerk's office to monitor and enforce compliance with the briefing schedule. Failure to file your brief will result in issuance of a show cause order and may lead to dismissal of the appeal. Requests for extensions of time must be timely and should establish good cause. Overlength briefs are strongly discouraged.

Please note the provisions of Eighth Circuit Rule 32A governing briefs and reply briefs responding to multiple briefs.

If you have any questions about the schedule or procedures for the case, please contact our office.

Susan E. Bindler
Clerk of Court

CJO

Enclosure(s)

cc: Clerk, U.S. District Court, Eastern District of Arkansas
     Jane A Kim
     Josh Sanford

District Court/Agency Case Number(s): 4:20-cv-01058-KGB

**Caption For Case Number:   26-1345**

Nukol Bailey, Individually and on Behalf of All Others Similarly Situated; Mark Daniels, Individually and on Behalf of All Others Similarly Situated

    Plaintiffs - Appellees

v.

Care Above All Care, Inc.; Leanna Godley

    Defendants - Appellants

**Addresses For Case Participants:   26-1345**

Daveante Jones
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Clerk, U.S. District Court, Eastern District of Arkansas
U.S. DISTRICT COURT
Eastern District of Arkansas
Room A149
600 W. Capitol Avenue
Little Rock, AR  72201-0000

Jane A Kim
WRIGHT & LINDSEY
Suite 2300
200 W. Capitol Avenue
Little Rock, AR  72201-3699

Josh Sanford
SANFORD LAW FIRM
Kirkpatrick Plaza, Suite 510
10800 Financial Centre Parkway
Little Rock, AR  72211