NO. 26-1345

IN THE UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

| | |
|---|---|
| CARE ABOVE ALL CARE, INC. and LEANNA GODLEY | APPELLANTS |
| V. | |
| NUKOL BAILEY AND MARK DANIELS, Each Individually and on Behalf of All Others Similarly Situated | APPELLEES |

## APPELLANT'S MOTION FOR VOLUNTARY DISMISSAL OF APPEAL

Pursuant to Fed. R. App. 42(b), appellants Care Above All Care, Inc. and Leanna Godley move to dismiss this appeal because the parties have settled their dispute. In support of this motion, appellants state the following:

1. After this appeal was docketed in this Court, the parties reached a settlement. The terms of the settlement included an agreement that the appellants would dismiss their appeal. Accordingly, appellants move to dismiss this appeal.

2. The parties will bear their own costs regarding the appeal.

WHEREFORE, appellants Care Above All Care, Inc. and Leanna Godley request dismissal of this appeal and all other proper relief.

        Respectfully submitted:

        WRIGHT, LINDSEY & JENNINGS LLP
        200 West Capitol Avenue, Suite 2300
        Little Rock, Arkansas 72201-3699
        (501) 371-0808
        FAX: (501) 376-9442
        dljones@wlj.com

        By: /s/ Daveante Jones
            Daveante Jones (2016163)
            Attorneys for Appellants

# CERTIFICATE OF COMPLIANCE

1. This document complies with the word limit requirements of Fed. R. App. P. 32(a)(7)(B) because, exclusive of the portions exempted by Federal Rule of Appellate Procedure 32(f), this brief contains 103 words. This certificate was prepared in reliance on the word count of the word processing system (Microsoft Word 2019) used to prepare this brief.

2. This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally-spaced typeface using Microsoft Word 2019 in 14-point Century Schoolbook.

3. The undersigned further certifies that the electronic version of this brief has been scanned for viruses and is virus-free.

/s/ Daveante Jones
Daveante Jones

# **CERTIFICATE OF SERVICE**

I certify that on March 10, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification of the filing to all counsel of record in this appeal.

/s/ Daveante Jones
Daveante Jones
