UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT

_____

No. 26-1345
_____

Nukol Bailey, Individually and on Behalf of All Others Similarly Situated; Mark Daniels, Individually and on Behalf of All Others Similarly Situated

Plaintiffs - Appellees

v.

Care Above All Care, Inc.; Leanna Godley

Defendants - Appellants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-01058-KGB)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.

March 11, 2026

Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
　　　　　/s/ Susan E. Bindler