# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No. 26-1345

Nukol Bailey, Individually and on Behalf of All Others Similarly Situated and Mark Daniels, Individually and on Behalf of All Others Similarly Situated

Appellees

v.

Care Above All Care, Inc. and Leanna Godley

Appellants

_____

Appeal from U.S. District Court for the Eastern District of Arkansas - Central
(4:20-cv-01058-KGB)
_____

**MANDATE**

In accordance with the judgment of March 11, 2026, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

March 11, 2026

Clerk, U.S. Court of Appeals, Eighth Circuit